```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

Michael L. Larkin

    v.

Case No. 19-cv-102-LM

Strafford County Department of Corrections,
Superintendent et al


## ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated June 10, 2019.

_____
Landya B. McCafferty
Chief Judge

Date: September 25, 2019


cc:   Michael L. Larkin, pro se
      Christine Friedman, Esq.