UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


Michael Larkin

    v.                                            Case No. 19-cv-102-LM


Strafford County Department of
Corrections, Superintendent et al


ORDER


After due consideration of the objections filed, I herewith

approve the Report and Recommendation of Magistrate Judge Andrea

K. Johnstone dated January 13, 2020.  As an additional ground for

denying the motion for a preliminary injunction (Doc. No. 12)

that is the subject of that Report and Recommendation, I note

that injunctive relief is no longer available to Mr. Larkin with

respect to any conditions at the Strafford County House of

Corrections.  The record shows that in February 2020, he was

transferred to a facility in Massachusetts.  See Ford v. Bender,

768 F.3d 15, 29 (1st Cir. 2014) (prisoner's claim seeking

injunctive relief for prison conditions is generally mooted by

his transfer, as "'he no longer has a legally cognizable interest

in a judicial decision on the merits of his claim'" (quoting

<u>Incumaa v. Ozmint</u>, 507 F.3d 281, 287 (4th Cir. 2007))).


_____
Landya B. McCafferty
Chief Judge


Date: February 27, 2020



cc:    Michael Larkin, pro se
       Christine Friedman, Esq.